No. 71–561. KOEHLER ET AL. *v.* OGILVIE, GOVERNOR OF ILLINOIS, ET AL. Affirmed on appeal from D. C. N. D. Ill.

No. 71–658. QUINCY COLLEGE & SEMINARY CORP. ET AL. *v.* BURLINGTON NORTHERN, INC., ET AL. Affirmed on appeal from D. C. N. D. Ill. ▮▮▮▮▮▮▮▮▮▮▮▮▮

No. 71–770. PRINSBURG COOP FERTILIZER CO. ET AL. *v.* UNITED STATES ET AL.; and

No. 71–786. STERNER INDUSTRIES, INC. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. Minn.

No. 71–664. CLOUD ET AL. *v.* DEITZ ET AL. Affirmed on appeal from D. C. E. D. Ky. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.